1 | James P. Watson (SBN 046127)
2 | Bruce K. Leigh (SBN 129753)
    Anne Bevington (SBN 111320)
    STANTON, KAY & WATSON, LLP
3 | 101 New Montgomery Street, Fifth Floor
    San Francisco, CA 94105-3612
4 | Telephone: 415-512-3501
    Facsimile: 415-512-3515
5 | Email: JamesW@skwsf.com

6 | Attorneys for Plaintiffs

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA as CHAIRMAN and GIL CROSTHWAITE as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>Y'S EQUIPMENT RENTAL, INC., a California corporation; and GRANT FUJIMOTO, an Individual,<br><br>Defendants. | Case No.: C-06-0802 CRB<br><br>**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT;** ~~[PROPOSED]~~ **CASE MANAGEMENT ORDER**<br><br>DATE:  May 12, 2006<br>TIME:   8:30 a.m.<br>COURTROOM:  8, 19th Floor<br>JUDGE:  Hon. Charles R. Breyer |

27 | ///

28 | ///

- 1 -
**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT;**
**[PROPOSED] CASE MANAGEMENT ORDER [CASE NO. C-06-0802 CRB]**

1  Plaintiffs submit this statement in lieu of the Case Management Conference Statement and,
2 because of the status of the case as set forth below, request that the Case Management Conference
3 either be vacated or be continued for a period of 90 days.
4  The Complaint was filed against defendants Y'S Equipment Rental, Inc. and Grant
5 Fujimoto. Both defendants were served on March 14, 2006.
6  Defendants Y'S Equipment Rental, Inc. and Grant Fujimoto did not file a responsive
7 pleading, and default was entered against them on April 24, 2006. Plaintiffs intend to file a Motion
8 for Default Judgment as to defendants Y'S Equipment Rental, Inc. and Grant Fujimoto.
9  In light of the status of the case, plaintiffs request that the Case Management Conference
10 either be vacated or be continued for a period of 90 days.

DATED: May 5, 2006                                      STANTON, KAY & WATSON, LLP


                                                        By /s/ Anne Bevington
                                                              Anne Bevington

                                                        Attorneys for Plaintiffs

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CASE MANAGEMENT ORDER**

The Case Management Conference previously set for May 12, 2006, at 8:30 a.m., is hereby:

[ ] Vacated.

[X] Continued to __September 22, 2006__, at the hour of __8:30 a.m.__, in Courtroom 8, 19th Floor (San Francisco).

DATED: __May 08, 2006__                                 _____
                                                        HON. CHARLES R. BREYER
                                                        UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

F:\CASES\30\32.204 YS Equipment Rental\PLEADINGS\Statement in Lieu of CMC and Proposed Order.doc

- 2 -
PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT;
[PROPOSED] CASE MANAGEMENT ORDER [CASE NO. C-06-0802 CRB]