James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105-3612
Telephone: 415-512-3501
Facsimile: 415-512-3515
Email: JamesW@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA as CHAIRMAN and GIL CROSTHWAITE as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>Y'S EQUIPMENT RENTAL, INC., a California corporation; and GRANT FUJIMOTO, an Individual,<br><br>Defendants. | Case No.: C-06-0802 CRB<br><br>PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] CASE MANAGEMENT ORDER<br><br>DATE: September 22, 2006<br>TIME: 8:30 a.m.<br>COURTROOM: 8, 19th Floor<br>JUDGE: Hon. Charles R. Breyer |

Plaintiffs submit this statement in lieu of the Case Management Conference Statement and, because of the status of the case as set forth below, request that the Case Management Conference

either be vacated or be continued for a period of 90 days.

The Complaint was filed against defendants Y'S Equipment Rental, Inc. and Grant Fujimoto. Both defendants were served on March 14, 2006. Plaintiffs are the Trustees of the Operating Engineers Trust Funds, who seek injunctive relief compelling an audit of the books and records of Y'S Equipment Rental, Inc., and a judgment for such amounts that are determined to be due pursuant to a collective bargaining agreement.

Defendants Y'S Equipment Rental, Inc. and Grant Fujimoto did not file a responsive pleading, and default was entered against them on April 24, 2006. Thereafter, defendants agreed to submit to an audit, which has been completed. Plaintiffs request that the Case Management Conference either be vacated or be continued for a period of 90 days to permit defendants time to pay the audit liability.

DATED: September 15, 2006                    STANTON, KAY & WATSON, LLP


                                             By  /s/ Anne Bevington
                                                 Anne Bevington

                                             Attorneys for Plaintiffs

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CASE MANAGEMENT ORDER**

The Case Management Conference previously set for September 22, 2006, at 8:30 a.m., is hereby:

[ ] Vacated.

[X] Continued to ____Janaury 22, 2007_____, at the hour of __8:30 a.m.___, in Courtroom 8, 19th Floor (San Francisco).

DATED:  September 20, 2006
                                             _____
                                             HON. CHARLES R. BREYER
                                             UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED* — Judge Charles R. Breyer

F:\CASES\30\32.204 YS Equipment Rental\PLEADINGS\Statement in Lieu of CMC.doc

- 2 -
**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT;**
**[PROPOSED] CASE MANAGEMENT ORDER [CASE NO. C-06-0802 CRB]**

# PROOF OF SERVICE

CASE NAME: *John Bonilla, et al. v. Y'S Equipment Rental, Inc., et al.*
CASE NUMBER: United States District Court, Northern District of California
No. C-06-0802 CRB

I am a citizen of the United States and a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 101 New Montgomery Street, Fifth Floor, San Francisco, California 94105.

On September 15, 2006, I served the following document(s) described as:

**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] CASE MANAGEMENT ORDER**

on the following party/parties:

| | |
|---|---|
| Y'S Equipment Rental, Inc. | Grant Fujimoto |
| 19456 Center Street | 19456 Center Street |
| Castro Valley, CA 94546 | Castro Valley, CA 94546 |

   X   (BY MAIL) with postage thereon fully prepaid in the designated area for outgoing mail. I am readily familiar with STANTON, KAY & Watson's practice of collection and processing correspondence whereby mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited with the United States Postal Service after the close of each day's business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration is executed on September 15, 2006 at San Francisco, California.

                              /s/ Carol M. Christensen
                              Carol M. Christensen