James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105-3612
Telephone: 415-512-3501
Facsimile: 415-512-3515
Email: AnneB@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA as CHAIRMAN and GIL CROSTHWAITE as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Y'S EQUIPMENT RENTAL, INC., a California corporation; and GRANT FUJIMOTO, an Individual, <br><br> Defendants. | Case No.: C-06-0802 CRB <br><br> **PLAINTIFFS' UNOPPOSED REQUEST FOR DISMISSAL AND (~~PROPOSED~~) ORDER** |

The parties having settled the claims contained in plaintiffs' complaint in this action, plaintiffs request that the action be dismissed, with all parties bearing their own costs. Because defendants did not appear in the action, and default was entered against them, this request is not made by stipulation and is unopposed.

DATED:  January 19, 2007.                                  STANTON, KAY & WATSON, LLP


                                                                                By    */s/ Anne Bevington*
                                                                                            Anne Bevington
                                                                                Attorneys for Plaintiffs

- 1 -
PLAINTIFFS' UNOPPOSED REQUEST FOR DISMISSAL AND [PROPOSED] ORDER [CASE NO. C-06-0802 CRB]

## ORDER

The Court having considered plaintiffs' unopposed request for dismissal,

IT IS HEREBY ORDERED that this Action be, and hereby is, dismissed, with all parties bearing their own costs.

DATED: January 23, 2007

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

F:\CASES\30\32.204 YS Equipment Rental\PLEADINGS\Request for Dismissal and Proposed Order.doc